# EXHIBIT A

**Affidavit of Michael A. Valenti**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:19-cv-01117-KLM

**ADEM ARSLANI**

    **Plaintiff,**

v.

**UMF GROUP, INC.,** and **JOHN T. ROOT, JR.,**
and **SEAN ROSS OR JOHN Defendant
using name "Sean Ross" as an alias**

    **Defendants.**

## AFFIDAVIT OF MICHAEL A. VALENTI

I, Michael A. Valenti, residing in Louisville, Kentucky, being over eighteen (18) years of age and fully competent to testify to the matters addressed herein, hereby make the following declaration.

1. I am counsel of record for Plaintiff, Adem Arslani ("Plaintiff").

2. Plaintiff filed his Verified Complaint on April 16, 2019. [DE 1.] On May 29, 2019, Plaintiff served a copy of the Summons and Verified Complaint on Defendant UMF Group, Inc. ("UMF Group") in accordance with Federal Rule of Civil Procedure 4. [DE 9.] Accordingly, pursuant to Fed. R. Civ. Pro. 12, Defendant UMF Group had until June 19, 2019 to serve a responsive pleading.

3. To date, Defendant UMF Group failed to file a responsive pleading and has failed to make any appearance in this action.

4. On January 13, 2020, Plaintiff obtained the Clerk's Entry of Default as to UMF Group, Inc. [DE 25.]

5. Defendant UMF Group, Inc., a corporation, is not and cannot be a minor, incompetent person, or in the military service.

6. This Court has personal jurisdiction over UMF Group because UMF Group was a Colorado corporation that transacted business in the State of Colorado. [DE 1 at ¶ 10.]

7. This Court has subject matter jurisdiction over the claims asserted against UMF Group pursuant to 28 U.S.C. § 1331 and Section 27(a) of the Securities and Exchange Act of 1934 [15 U.S.C. § 78aa(a).] [DE 1 at ¶ 9.] Specifically, the claims asserted against UMF Group arise under Sections 10(b) of the Securities and Exchange Act of 1934 [15 U.S.C. § 78j(b)] and Rule 10b-5 promulgated thereunder by the Securities and Exchange Commission [17 C.F.R. § 240.10b-5]. [DE 1 at ¶ 8.]

8. Defendant UMF Group is liable to Plaintiff for compensatory damages in the amount of $105,387.48, as follows:

    a. The net amount Plaintiff paid for the common stock of Defendant UMF Group, totaling $85,549.38 (as set forth in Exhibit A to Plaintiff's Verified Complaint).

    b. Prejudgment interest on same, from the date Plaintiff's action accrued (*i.e.*, Plaintiff's purchases of UMF Group stock in January 2018) and at a rate of 9 percent per annum, totaling $19,383.10. *See* Colo. Rev. Stat. § 13-21-101; *see also United States Indus. v. Touche Ross & Co.*, 854 F.2d 1223, 1256-57 (10th Cir. 1988).

    c. Post-judgment interest thereon at a rate of 9 percent per annum. *See* Colo. Rev. Stat. § 13-21-101.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this the 25th day of June, 2020.

_____
Michael A. Valenti

COMMONWEALTH OF KENTUCKY   )
                           ) ss:
COUNTY OF JEFFERSON        )

The foregoing Affidavit was subscribed and sworn to before me by Michael A. Valenti this 25 day of June, 2020.

My commission expires: 11/30/2023.

_____
NOTARY PUBLIC, KENTUCKY, STATE-AT-LARGE
Notary ID 635989

3